# United States Court of Appeals for the Federal Circuit

**PARKERVISION, INC.,**
*Appellant*

v.

**TCL INDUSTRIES HOLDINGS CO., LTD., LG ELECTRONICS INC.,**
*Appellees*

2023-1417

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00985, IPR2022-00246.

**MANDATE**

In accordance with the judgment of this Court, entered June 5, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellees TCL Industries Holdings Co., Ltd., LG Electronics Inc. in the amount of $64.80 and taxed against the appellant.

FOR THE COURT

July 12, 2024
Date

Jarrett B. Perlow
Clerk of Court